IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| NEAL ORLANDO ARMSTRONG, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO: 1:11-CV-018 (WLS) |
| KEVIN SPROUL, *et al.,* | : | |
| Defendants. | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed January 9, 2012. (Doc. 41). It is recommended that Defendants' Motion to Dismiss for Lack of Prosecution (Doc. 37) be granted due to Plaintiff's failure to diligently prosecute this action. (Id.)

The Report and Recommendation provided the Parties with fourteen (14) days[1] from the date of its service to file written objections to the recommendations therein. (*Id.*). The period for filing objections expired on Thursday, January 26, 2012; no objections have been filed to date. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 41) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' Motion to Dismiss (Doc. 37) is **GRANTED**; all Defendants are dismissed from this

---

[1] The Parties were given an additional three days because service was made by mail. *See* Fed. R. Civ. P. 6(d) (adding three days to specified period within which a party may act if service is made under Rule 5(b)(2)(C) by mailing process to a party's last known address).

1

action.  Plaintiff's Complaint (Doc. 1) is **DISMISSED**.  It is further Ordered that Defendants' initial Motion to Dismiss for Lack of Prosecution (Doc. 30) is **DENIED-as-moot**.

**SO ORDERED**, this   24th   day of February, 2012.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**
